STATE

v.

Dennis C. CARLSON.

No. 80–46–C.A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Charles J. Rogers, Jr., Providence, for defendant.

ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Monday, May 5, 1980 at 9:30 a. m. for oral argument.